# OPT-IN CONSENT FORM

Angelic Bradley v. The Greater Philadelphia Urban Affairs Coalition
Civil Action No.: 19-5845

**Complete and Return to:**

Murphy Law Group, LLC
Attn: Bradley, Urban Affairs Coalition Unpaid Overtime Class Action
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
Fax: 215-525-0210
Email: murphy@phillyemploymentlawyer.com

Name: Sombra Montanez         Phone No.: 215-526-8892
Address: 3315 N. Mascher st    E-mail: Sombramontanez@yahoo.com
Philadelphia Pa 19135

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to Fair Labor Standards Act**
**29 U.S.C. § 216(b)**

1. I consent and agree to pursue my claims related to unpaid overtime compensation in connection with the above-referenced lawsuit.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended by 29 U.S.C. § 201, *et seq*. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

3. I hereby designate the law firm of Murphy Law Group, LLC to represent me for all purposes of this action.

4. I also designate the Class Representative as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiff's Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) [signed]                    (Date Signed) 03/04/20

**\*\*NOTE\*\***

Statute of limitations concerns mandate that you return this form promptly to preserve your rights.