# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELIC BRADLEY,<br><br>    Plaintiff,<br><br>v.<br><br>URBAN AFFAIRS COALITION,<br><br>    Defendant. | CIVIL ACTION NO: 19-5845 |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant Urban Affairs Coalition, in the above-captioned matter.

                Respectfully Submitted,

                **JACKSON LEWIS P.C.**

                */s/ Andrew La Fiura*
                Andrew La Fiura (PA # 307891)
                Three Parkway
                1601 Cherry Street, Suite 1350
                Philadelphia, PA 19102
                T: (267) 319-7802
                F: (215) 399-2249
                andrew.lafiura@jacksonlewis.com

                **ATTORNEYS FOR DEFENDANT**

DATED: March 13, 2020

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing **Notice of Appearance** upon counsel of record, via the Court's ECF Filing System, this 13th day of March 2020.

Respectfully Submitted,

**JACKSON LEWIS P.C.**

*/s/ Andrew La Fiura*
Andrew La Fiura (PA # 307891)
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
T: (267) 319-7802
F: (215) 399-2249
andrew.lafiura@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT**

4827-1663-5575, v. 1