# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELIC BRADLEY,<br><br>     Plaintiff,<br><br>v.<br><br>URBAN AFFAIRS COALITION,<br><br>     Defendant. | CIVIL ACTION NO: 19-5845 |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant Urban Affairs Coalition, in the above-captioned matter.

                 Respectfully Submitted,

                 **JACKSON LEWIS P.C.**

                 */s/ Malcolm J. Ingram*
                 Malcolm J. Ingram (PA # 323201)
                 Three Parkway
                 1601 Cherry Street, Suite 1350
                 Philadelphia, PA 19102
                 T: (267) 319-7802
                 F: (215) 399-2249
                 malcolm.ingram@jacksonlewis.com

                 **ATTORNEYS FOR DEFENDANT**

DATED: March 13, 2020

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing **Notice of Appearance** upon counsel of record, via the Court's ECF Filing System, this 13th day of March 2020.

Respectfully Submitted,

**JACKSON LEWIS P.C.**

*/s/ Malcolm J. Ingram*
Malcolm J. Ingram (PA # 323201)
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
T: (267) 319-7802
F: (215) 399-2249
malcolm.ingram@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT**

4835-7161-8231, v. 1