### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELIC BRADLEY, *individually and on behalf of all others similarly situated*<br><br>Plaintiff,<br><br>v.<br><br>THE GREATER PHILADELPHIA URBAN AFFAIRS COALITION<br><br>Defendant. | **CIVIL ACTION NO.: 19-cv-05845** |

## ORDER

**AND NOW**, this _____ day of _____, 2020, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), it is hereby **ORDERED** that the motion is **GRANTED**, and Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

BY THE COURT

_____
Hon. Jan E. DuBois

4813-3869-1516, v. 1